COMPOSITE EXHIBIT A

## Law Offices of Bohdan Neswiacheny
### Attorneys at Law

| | | |
|---|---|---|
| 1800 SECOND STREET<br>SUITE 760<br>SARASOTA, FL 34236<br><br>TELEPHONE (941) 957-3400<br>FAX (941) 952-9103 | 540 N.E. 4TH STREET<br>FORT LAUDERDALE, FL 33301<br><br>TELEPHONE (954) 522-5400<br>FAX (954) 765-1274<br>WEB www.bnlaw.com | 151 COLLEGE DRIVE<br>SUITE 1<br>ORANGE PARK, FL 32065<br><br>TELEPHONE (904) 276-6171<br>FAX (904) 276-1751<br><br>PLEASE REPLY TO:<br>SEAN C. BARBER<br>AT ORANGE PARK OFFICE<br>EMAIL: sbarber@bnlaw.com |

August 6, 2012

**VIA FACSIMILE AND U.S. MAIL**

Elaine L. Bram
Healthcare Recoveries
P.O. Box 34060
Louisville, KY 40232-4060

    RE:    Case    :    Del Toro v. Liquori and Anderson
            Claim No.    :    8237778-8214640
            Date of Loss    :    06/05/2012

Dear Ms. Bram:

    This is to acknowledge receipt of your August 6, 2012 correspondence claiming benefits owed in the amount of $26,938.62. Please be advised that I represent Angel Del Toro Sanchez, and you are governed by the Fair Debt Collection Practices Act. Cease all communication with my client and do not contact my client directly. At this time I do not waive any defenses to your claim for benefits, and your claim is going to be evaluated as it appears your claim for benefits has been waived. I have attached supporting documentation for your review.

    Please respond to this correspondence using the above <u>Orange Park address</u>.

Healcare Recoveries
August 6, 2012
Page 2

Sincerely,

Sean C. Barber

SCB/sb
Enclosures

## *Law Offices of Bohdan Neswiacheny*
### *Attorneys at Law*

| | | |
|---|---|---|
| 1800 SECOND STREET<br>SUITE 760<br>SARASOTA, FL 34236<br><br>TELEPHONE (941) 957-3400<br>FAX (941) 952-9103 | 540 N.E. 4TH STREET<br>FORT LAUDERDALE, FL 33301<br><br>TELEPHONE (954) 522-5400<br>FAX (954) 765-1274<br>WEB www.bnlaw.com | 151 COLLEGE DRIVE<br>SUITE 1<br>ORANGE PARK, FL 32065<br><br>TELEPHONE (904) 276-6171<br>FAX (904) 276-1751<br><br>PLEASE REPLY TO:<br>SEAN C. BARBER<br>AT ORANGE PARK OFFICE<br>EMAIL: sbarber@bnlaw.com |

June 25, 2012

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103-1480

    RE:    Case    :    Del Toro v. Liquori and Anderson
            Date of Loss  :    06/05/2012

### NOTICE OF COLLATERAL SOURCES

To Whom It May Concern:

    Pursuant to Florida Statute 768.76(6)(2011) Angel Del Toro Sanchez intends to pursue a claim against the tortfeasors involved in the above referenced date of loss. You will waive any right to subrogation or reimbursement unless you provide a statement to the undersigned attorney asserting payment of benefits and right of subrogation or reimbursement within thirty (30) days following receipt of this notification.

    Please govern yourself accordingly.

    Please respond to this correspondence using the above <u>Orange Park address</u>.

Independence Blue Cross Correspondence
June 25, 2012
Page 2

                                              Sincerely,

                                              Sean C. Barber

SCB/sb

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .45 | |
| Certified Fee | 2.95 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.75 | |

Sent To: Independence Blue Cross
Street, Apt. No.; or PO Box No.: 1901 Market Place Street
City, State, ZIP+4: Philadelphia PA 19103-1480

7009 0960 0001 0549 6794

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Independence Blue Cross
1901 Market Place Street
Philadelphia, PA 19103-1480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

JUN 2 3

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0960 0001 0549 6794

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

*Law Offices of Bohdan Neswiacheny*
*Attorneys at Law*

| | | |
|---|---|---|
| 1800 SECOND STREET<br>SUITE 760<br>SARASOTA, FL 34236<br><br>TELEPHONE (941) 957-3400<br>FAX (941) 952-9103 | 540 N.E. 4TH STREET<br>FORT LAUDERDALE, FL 33301<br><br>TELEPHONE (954) 522-5400<br>FAX (954) 765-1274<br>WEB www.bnlaw.com | 151 COLLEGE DRIVE<br>SUITE 1<br>ORANGE PARK, FL 32065<br><br>TELEPHONE (904) 276-6171<br>FAX (904) 276-1751<br><br>PLEASE REPLY TO:<br>SEAN C. BARBER<br>AT ORANGE PARK OFFICE<br>EMAIL: sbarber@bnlaw.com |

June 25, 2012

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Adventist Risk Management
P.O. Box 4288
Silver Spring, MD 20914

    RE:    Case    :    Del Toro v. Liquori and Anderson
           Date of Loss    :    06/05/2012

### NOTICE OF COLLATERAL SOURCES

To Whom It May Concern:

    Pursuant to Florida Statute 768.76(6)(2011) Angel Del Toro Sanchez intends to pursue a claim against the tortfeasors involved in the above referenced date of loss. You will waive any right to subrogation or reimbursement unless you provide a statement to the undersigned attorney asserting payment of benefits and right of subrogation or reimbursement within thirty (30) days following receipt of this notification.

    Please govern yourself accordingly.

    Please respond to this correspondence using the above <u>Orange Park address</u>.

Adventist Correspondence
June 25, 2012
Page 2

            Sincerely,

            Sean C. Barber

SCB/sb

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adventist Risk Management
P.O. Box 4298
Silver Spring MD 20914

JUL 3 2012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

[postmark: SILVER SPRING MD COLESVILLE BR USPS 27 2012]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 0960 0001 0549 6787

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Postmark Here

7009 0960 0001 0549 6787

Sent To: Adventist Risk Management
Street, Apt. No.; or PO Box No.: P.O. Box 4288
City, State, ZIP+4: Silver Springs MD 20914

PS Form 3800, August 2006   See Reverse for Instructions

**HealthcareRecoveries**

P. O. Box 34060
Louisville, KY 40232-4060

Fax: 877-309-0734

August 6, 2012

VIA CERTIFIED MAIL

SEAN C BARBER
BOHDAN NESWIACHENY
151 COLLEGE DRIVE SUITE 1
ORANGE PARK FL 32065-

RE:  Your Client:      ANGEL DEL TORO
     Health Plan:      INDEPENDENCE BLUE CROSS FAMILY OF COMPANIES
     Date of Injury:   6/5/2012
     Event Number:     8237778 - 8214640

To Whom It May Concern:

Healthcare Recoveries provides subrogation and recovery services to the Health Plan named above. Your client is a subscriber to the Health Plan and the Health Plan has paid medical benefits to or on behalf of your client in connection with an injury.

The Health Plan has subrogation and/or reimbursement rights. Thus, the Health Plan has the right to be reimbursed for medical benefits provided in the event that your client receives compensation from another source. Your client's full cooperation in the Health Plan's recovery efforts is requested.

Should your client, now or in the future, claim damages from a tortfeasor, this correspondence shall serve as notice that the above-referenced Health Plan, as a collateral source provider, hereby asserts both its provision of collateral source benefits and its right of subrogation or reimbursement. Should F.S.A. 768.76 be preempted due to your client's Health Plan being governed by applicable federal statutes or regulations (i.e. FEHBA, ERISA, Medicare, etc.), or other state statutes (i.e. Medicaid, etc.), the foregoing statement shall be inapplicable.

Healthcare Recoveries is in the process of placing all parties on notice that the Health Plan is a party with an interest in any settlements in this matter. Please complete the attached questionnaire and return it in the enclosed postage-paid envelope. If the case is in litigation, please attach a copy of the Complaint for our records.

Should you open settlement negotiations with any responsible party or insurer, please contact me so the Health Plan's interest can be addressed at the same time. However, should the case settle without the Health Plan's involvement, please retain an amount equal to the Health Plan's interest in trust and contact me in order to resolve this matter.

Sincerely,

*Elaine L. Bram*

Elaine L Bram
(800) 889-3531

91 7199 9991 7030 6438 6836

AUG 0 9 2012

Enclosures

8237778 - 8214640/SFLATTY1



# FAX

**To:** SEAN C BARBER
**Company:** BOHDAN NESWIACHENY
**Fax:** 19042761751

**From:** Elaine L Bram
**Fax Number:** (877) 309-0734
**Phone Number:** (800) 889-3531
**Reference #:** 8237778-8214640

---

**NOTES:** Please provide a copy of the PIP ledger. Also, this is not the final lien amount. Please call before settlement and I will get the final lien pulled. Elaine Bram

NOTICE OF CONFIDENTIALITY

This communication is directed solely to the Addressee and may contain confidential or legally privileged Personal Health Information protected by federal and state law.

If you are not the Addressee Indicated above:
1. DO NOT read the following pages.
2. DO NOT retain, copy, distribute, or disseminate the following pages.
3. Call the Sender IMMEDIATELY (collect if necessary) and report the misdelivered fax.

NEITHER THE TRANSMISSION OF THE ATTACHED PAGES, NOR ANY ERROR IN TRANSMISSION OR MISDELIVERY SHALL CONSTITUTE A WAIVER OF ANY APPLICABLE LEGAL PRIVILEGE.

---

Date and time of transmission: 8/6/2012 7:39:54 AM
Number of pages including this cover sheet: 5

HEALTHCARE RECOVERIES  
P.O. Box 34060  
Louisville, Kentucky 40232-4060

FEDERAL TAX ID: 61-1141758  
TELEPHONE NUMBER: (800) 889-3531  
PAGE 1 OF 2

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ANGEL DEL TORO | |
|---|---|---|
| DATE OF INJURY: | 6/5/2012 | **Subject to change.** |
| SERVICE PERIOD: | 6/5/2012-7/3/2012 | |
| EVENT NUMBER: | 8237778-8214640 | |

**Instructions:**
- If remitting payment, make checks payable to: Healthcare Recoveries.
- Write the patient's name, ANGEL DEL TORO, and event number, 8237778-8214640, on the check.

| Provider of Service | Diagnosis Code | | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Claim Number | Provided Benefits |
| **BC & BS OF FLORIDA** | 801.21 CLOSED SKULL BA | IB07301200512 | |
| 6/5/2012 | 771 PREVENTIVE CARE SE | | $8.83 |
| 6/5/2012 | 306 LABORATORY | | $39.03 |
| 6/5/2012 | 300 LABORATORY | | $52.34 |
| 6/5/2012 | 271 MEDICAL/SURGICAL S | | $69.09 |
| 6/5/2012 | 272 MEDICAL/SURGICAL S | | $78.58 |
| 6/5/2012 | 440 SPEECH-LANGUAGE TH | | $109.96 |
| 6/5/2012 | 324 RADIOLOGY - DIAGNO | | $170.87 |
| 6/5/2012 | 305 LABORATORY | | $214.38 |
| 6/5/2012 | 208 INTENSIVE CARE | | $260.26 |
| 6/5/2012 | 420 PHYSICAL THERAPY | | $266.59 |
| 6/5/2012 | 250 PHARMACY | | $268.97 |
| 6/5/2012 | 430 OCCUPATIONAL THERA | | $277.40 |
| 6/5/2012 | 301 LABORATORY | | $323.15 |
| 6/5/2012 | 258 PHARMACY | | $373.26 |
| 6/5/2012 | 320 RADIOLOGY - DIAGNO | | $821.93 |
| 6/5/2012 | 636 PHARMACY | | $929.00 |
| 6/5/2012 | 208 INTENSIVE CARE | | $1122.27 |
| 6/5/2012 | 450 EMERGENCY ROOM | | $1296.57 |
| 6/5/2012 | 352 CT SCAN | | $1338.24 |
| 6/5/2012 | 206 INTENSIVE CARE | | $1723.49 |
| 6/5/2012 | 351 CT SCAN | | $3265.83 |
| | 907.0 LATE EFFECT INTR | IB07091200277 | |
| 6/12/2012 | 270 MEDICAL/SURGICAL S | | $72.36 |
| 6/12/2012 | 307 LABORATORY | | $80.50 |
| 6/12/2012 | 250 PHARMACY | | $149.11 |
| 6/12/2012 | 434 OCCUPATIONAL THERA | | $183.51 |
| 6/12/2012 | 424 PHYSICAL THERAPY | | $207.70 |
| 6/12/2012 | 305 LABORATORY | | $210.20 |
| 6/12/2012 | 324 RADIOLOGY - DIAGNO | | $270.26 |
| 6/12/2012 | 320 RADIOLOGY - DIAGNO | | $298.20 |
| 6/12/2012 | 440 SPEECH-LANGUAGE TH | | $300.29 |
| 6/12/2012 | 259 PHARMACY | | $342.41 |
| 6/12/2012 | 301 LABORATORY | | $701.92 |
| 6/12/2012 | 420 PHYSICAL THERAPY | | $861.24 |

HEALTHCARE RECOVERIES  
P.O. Box 34060  
Louisville, Kentucky 40232-4060  

FEDERAL TAX ID: 61-1141758  
TELEPHONE NUMBER: (800) 889-3531  
PAGE 2 OF 2  

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ANGEL DEL TORO | |
|---|---|---|
| DATE OF INJURY: | 6/5/2012 | *Subject to change.* |
| SERVICE PERIOD: | 6/5/2012-7/3/2012 | |
| EVENT NUMBER: | 8237778-8214640 | |

**Instructions:**
- If remitting payment, make checks payable to: Healthcare Recoveries.
- Write the patient's name, ANGEL DEL TORO, and event number, 8237778-8214640, on the check.

| Provider of Service | Diagnosis Code | | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Claim Number | Provided Benefits |
| 6/12/2012 | 444 SPEECH-LANGUAGE TH | | $957.17 |
| 6/12/2012 | 430 OCCUPATIONAL THERA | | $1277.07 |
| 6/12/2012 | 921 OTHER DIAGNOSTIC S | | $1462.66 |
| 6/12/2012 | 443 SPEECH-LANGUAGE TH | | $2627.52 |
| 6/12/2012 | 128 ROOM & BOARD - SEM | | $3123.84 |
| | 854.00 BRAIN INJURY OT | IA07051206680 | |
| 6/14/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| | 854.00 BRAIN INJURY OT | IA07051202394 | |
| 6/16/2012 | 99232 SUBSEQUENT HOSPI | | $47.31 |
| | 854.00 BRAIN INJURY OT | IA07121202011 | |
| 6/17/2012 | 99232 SUBSEQUENT HOSPI | | $59.13 |
| | 854.00 BRAIN INJURY OT | IA07051202710 | |
| 6/18/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| 6/19/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| | 854.00 BRAIN INJURY OT | IA07051201086 | |
| 6/20/2012 | 99232 SUBSEQUENT HOSPI | | $47.31 |
| 6/21/2012 | 99232 SUBSEQUENT HOSPI | | $2.40 |
| | 854.00 BRAIN INJURY OT | IA07121202011 | |
| 6/22/2012 | 99232 SUBSEQUENT HOSPI | | $59.13 |
| | 854.00 BRAIN INJURY OT | IB08011200889 | |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $27.69 |
| 6/27/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $69.19 |
| 6/27/2012 | 430 OCCUPATIONAL THERA | | $74.28 |
| | 854.00 BRAIN INJURY OT | IB08011200703 | |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $11.22 |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $24.48 |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $26.04 |
| 7/3/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 7/3/2012 | 420 PHYSICAL THERAPY | | $78.12 |
| **Total Benefits Provided** | **$26,938.62** | Amount Received | $0.00 |
| | | Balance Due | $26,938.62 |

**HealthcareRecoveries**
P. O. Box 34060
Louisville, KY 40232-4060

Fax: 877-309-0734

August 9, 2012

SEAN C BARBER
BOHDAN NESWIACHENY
151 COLLEGE DRIVE SUITE 1
ORANGE PARK FL 32065-

RE: Our Insured/Member: ANGEL DEL TORO
Health Plan: INDEPENDENCE BLUE CROSS FAMILY OF COMPANIES
Date of Injury: 6/5/2012
Event Number: 8237778-8214640
Your File/Claim Number:
Your Insured/Client:

To Whom It May Concern:

Attached is an updated Consolidated Statement of Benefits provided by the above-referenced Health Plan to date. It is our understanding that all of these benefits are related to the date of injury shown above.

This total is not final. Please contact our office before settlement so we may give you the final figures. You should be aware that this Health Plan is a self-funded plan governed by the Employee Retirement Income Security Act of 1974 (ERISA), as amended. As such, any recovery language in the Plan is generally enforceable as written. The Health Plan, therefore, has the right to be reimbursed for benefits it has provided in the event that any compensation is received from another source. If you require further information or clarification, please contact us.

If sending payment, **please remember to include the Healthcare Recoveries> event number and member name on/with the check.**

Sincerely,

*Elaine L. Bram*

Elaine L Bram
(800) 889-3531

8237778-8214640/UCSBE

HEALTHCARE RECOVERIES  
P.O. Box 34060  
Louisville, Kentucky 40232-4060  

FEDERAL TAX ID: 61-1141758  
TELEPHONE NUMBER: (800) 889-3531  
PAGE 1 OF 3  

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ANGEL DEL TORO | |
|---|---|---|
| DATE OF INJURY: | 6/5/2012 | Subject to change. |
| SERVICE PERIOD: | 6/5/2012-7/26/2012 | |
| EVENT NUMBER: | 8237778-8214640 | |

**Instructions:**
- If remitting payment, make checks payable to: Healthcare Recoveries.
- Write the patient's name, **ANGEL DEL TORO, and event number, 8237778-8214640, on the check.**

| Provider of Service | Diagnosis Code | | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Claim Number | Provided Benefits |
| BC & BS OF FLORIDA | 854.00 BRAIN INJURY OT | IB08031200560 | |
| 6/29/2012 | 430 OCCUPATIONAL THERA | | $24.48 |
| 6/29/2012 | 430 OCCUPATIONAL THERA | | $26.04 |
| 6/29/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 6/29/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 6/29/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 6/29/2012 | 420 PHYSICAL THERAPY | | $78.12 |
| BC & BS OF FLORIDA | 801.21 CLOSED SKULL BA | IB07301200512 | |
| 6/5/2012 | 771 PREVENTIVE CARE SE | | $8.83 |
| 6/5/2012 | 306 LABORATORY | | $39.03 |
| 6/5/2012 | 300 LABORATORY | | $52.34 |
| 6/5/2012 | 271 MEDICAL/SURGICAL S | | $69.09 |
| 6/5/2012 | 272 MEDICAL/SURGICAL S | | $78.58 |
| 6/5/2012 | 440 SPEECH-LANGUAGE TH | | $109.96 |
| 6/5/2012 | 324 RADIOLOGY - DIAGNO | | $170.87 |
| 6/5/2012 | 305 LABORATORY | | $214.38 |
| 6/5/2012 | 208 INTENSIVE CARE | | $260.26 |
| 6/5/2012 | 420 PHYSICAL THERAPY | | $266.59 |
| 6/5/2012 | 250 PHARMACY | | $268.97 |
| 6/5/2012 | 430 OCCUPATIONAL THERA | | $277.40 |
| 6/5/2012 | 301 LABORATORY | | $323.15 |
| 6/5/2012 | 258 PHARMACY | | $373.26 |
| 6/5/2012 | 320 RADIOLOGY - DIAGNO | | $821.93 |
| 6/5/2012 | 636 PHARMACY | | $929.00 |
| 6/5/2012 | 208 INTENSIVE CARE | | $1122.27 |
| 6/5/2012 | 450 EMERGENCY ROOM | | $1296.57 |
| 6/5/2012 | 352 CT SCAN | | $1338.24 |
| 6/5/2012 | 206 INTENSIVE CARE | | $1723.49 |
| 6/5/2012 | 351 CT SCAN | | $3265.83 |
| | 907.0 LATE EFFECT INTR | IB07091200277 | |
| 6/12/2012 | 270 MEDICAL/SURGICAL S | | $72.36 |
| 6/12/2012 | 307 LABORATORY | | $80.50 |
| 6/12/2012 | 250 PHARMACY | | $149.11 |
| 6/12/2012 | 434 OCCUPATIONAL THERA | | $183.51 |
| 6/12/2012 | 424 PHYSICAL THERAPY | | $207.70 |

HEALTHCARE RECOVERIES
P.O. Box 34060
Louisville, Kentucky 40232-4060

FEDERAL TAX ID: 61-1141758
TELEPHONE NUMBER: (800) 889-3531
PAGE 2 OF 3

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ANGEL DEL TORO | |
|---|---|---|
| DATE OF INJURY: | 6/5/2012 | **Subject to change.** |
| SERVICE PERIOD: | 6/5/2012-7/26/2012 | |
| EVENT NUMBER: | 8237778-8214640 | |

**Instructions:**
- If remitting payment, make checks payable to: Healthcare Recoveries.
- Write the patient's name, ANGEL DEL TORO, and event number, 8237778-8214640, on the check.

| Provider of Service | Diagnosis Code | | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Claim Number | Provided Benefits |
| 6/12/2012 | 305 LABORATORY | | $210.20 |
| 6/12/2012 | 324 RADIOLOGY - DIAGNO | | $270.26 |
| 6/12/2012 | 320 RADIOLOGY - DIAGNO | | $298.20 |
| 6/12/2012 | 440 SPEECH-LANGUAGE TH | | $300.29 |
| 6/12/2012 | 259 PHARMACY | | $342.41 |
| 6/12/2012 | 301 LABORATORY | | $701.92 |
| 6/12/2012 | 420 PHYSICAL THERAPY | | $861.24 |
| 6/12/2012 | 444 SPEECH-LANGUAGE TH | | $957.17 |
| 6/12/2012 | 430 OCCUPATIONAL THERA | | $1277.07 |
| 6/12/2012 | 921 OTHER DIAGNOSTIC S | | $1462.66 |
| 6/12/2012 | 443 SPEECH-LANGUAGE TH | | $2627.52 |
| 6/12/2012 | 128 ROOM & BOARD - SEM | | $3123.84 |
| | **854.00 BRAIN INJURY OT** | **IA07051206680** | |
| 6/14/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| | **854.00 BRAIN INJURY OT** | **IA07051202394** | |
| 6/16/2012 | 99232 SUBSEQUENT HOSPI | | $47.31 |
| | **854.00 BRAIN INJURY OT** | **IA07121202011** | |
| 6/17/2012 | 99232 SUBSEQUENT HOSPI | | $59.13 |
| | **854.00 BRAIN INJURY OT** | **IA07051202710** | |
| 6/18/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| 6/19/2012 | 99232 SUBSEQUENT HOSPI | | $55.66 |
| | **854.00 BRAIN INJURY OT** | **IA07051201086** | |
| 6/20/2012 | 99232 SUBSEQUENT HOSPI | | $47.31 |
| 6/21/2012 | 99232 SUBSEQUENT HOSPI | | $2.40 |
| | **854.00 BRAIN INJURY OT** | **IA07121202011** | |
| 6/22/2012 | 99232 SUBSEQUENT HOSPI | | $59.13 |
| | **854.00 BRAIN INJURY OT** | **IB08011200889** | |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $27.69 |
| 6/27/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 6/27/2012 | 420 PHYSICAL THERAPY | | $69.19 |
| 6/27/2012 | 430 OCCUPATIONAL THERA | | $74.28 |
| | **854.00 BRAIN INJURY OT** | **IB08011200703** | |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $11.22 |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $24.48 |

HEALTHCARE RECOVERIES  
P.O. Box 34060  
Louisville, Kentucky 40232-4060

FEDERAL TAX ID: 61-1141758  
TELEPHONE NUMBER: (800) 889-3531  
PAGE 3 OF 3

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ANGEL DEL TORO | |
|---|---|---|
| DATE OF INJURY: | 6/5/2012 | Subject to change. |
| SERVICE PERIOD: | 6/5/2012-7/26/2012 | |
| EVENT NUMBER: | 8237778-8214640 | |

**Instructions:**
- If remitting payment, make checks payable to: Healthcare Recoveries.
- **Write the patient's name, ANGEL DEL TORO, and event number, 8237778-8214640, on the check.**

| Provider of Service | Diagnosis Code | | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Claim Number | Provided Benefits |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $26.04 |
| 7/3/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 7/3/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 7/3/2012 | 420 PHYSICAL THERAPY | | $78.12 |
| BC & BS OF FLORIDA | 854.00 BRAIN INJURY OT | IB08031200683 | |
| 7/10/2012 | 430 OCCUPATIONAL THERA | | $11.22 |
| 7/10/2012 | 430 OCCUPATIONAL THERA | | $24.48 |
| 7/10/2012 | 430 OCCUPATIONAL THERA | | $26.04 |
| 7/10/2012 | 420 PHYSICAL THERAPY | | $26.98 |
| 7/10/2012 | 430 OCCUPATIONAL THERA | | $27.69 |
| 7/10/2012 | 420 PHYSICAL THERAPY | | $78.12 |
| BC & BS OF FLORIDA | 854.02 BRAIN INJURY OT | IA08061207920 | |
| 7/26/2012 | 99213 OFFICE/OUTPATIEN | | $45.70 |
| Total Benefits Provided | $27,389.85 | Amount Received | $0.00 |
| | | Balance Due | $27,389.85 |

**IF WE DO NOT HAVE YOUR INFORMATION, OR IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE...**

**PATIENT INFORMATION**

| Your Name (Last, First, Middle Initial) | Date of Birth |
|---|---|

| Address | |
|---|---|

| City | State | Zip |
|---|---|---|

| Telephone ( ) | |
|---|---|

| Social Security # | |
|---|---|

| Employer's Name | Telephone ( ) |
|---|---|

| Employer's Address | |
|---|---|

| City | State | Zip |
|---|---|---|

| Please Indicate if Applicable: ☐ AUTO ACCIDENT ☐ WORKER'S COMPENSATION | Date of Injury |
|---|---|

**INSURANCE INFORMATION**

| Your PRIMARY Insurance Company's Name | |
|---|---|

| Primary Insurance Company's Address | |
|---|---|

| City | State | Zip |
|---|---|---|

| Policyholder Name | Date of Birth | Sex |
|---|---|---|

| Policyholder's ID Number | Group Plan Number |
|---|---|

| Your SECONDARY Insurance Company's Name | |
|---|---|

| Secondary Insurance Company's Address | |
|---|---|

| City | State | Zip |
|---|---|---|

| Policyholder Name | Date of Birth | Sex |
|---|---|---|

| Policyholder's ID Number | Group Plan Number |
|---|---|

**"DETACH HERE AND RETURN ABOVE STUB"**

---

## FOR HOSPITAL OR OTHER FACILITY PATIENTS

YOU COULD RECEIVE TWO OR MORE BILLS FOR SERVICES PROVIDED

TOTAL DIAGNOSTIC OR TREATMENT COSTS

PHYSICIAN OR PROVIDER'S FEE

HOSPITAL CHARGES OR OTHER FACILITY

This statement is not a duplicate charge, but a separation of the facility and physician or provider's fees. These services were provided while you were under our care, or at the <u>request</u> of your other physicians or providers.

Your bill from the facility may include a separate charge for use of its equipment, supplies, and technical personnel.

You may also receive bills from other physicians or providers who were involved with your care if you were a patient in a hospital or other facility.

If you have any questions concerning your bill, please call our office and we will be happy to assist you.

**IF YOU REQUIRE ASSISTANCE, YOU MAY CONTACT OUR OFFICE AT THE PHONE NUMBER ON THE REVERSE SIDE.**

PAP-201-C-0